UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/09

OSCAR BAIDE-FERRERO,

          Petitioner,

-v-

ROBERT ERCOLE,

          Respondent.

No. 06 Civ. 6961 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Petitioner's motion, received May 21, 2009, requesting an extension of time to file his reply in the above-captioned action.

    Accordingly, IT IS HEREBY ORDERED that Petitioner's request is granted. Petitioner's Reply shall be *received* by the Court no later than June 22, 2009.

    IT IS FURTHER ORDERED that Petitioner shall notify the Pro Se Office of his current address.

SO ORDERED.

DATED:    May 21, 2009
                New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies of this Order have been mailed to:

Oscar Baide-Ferrero
# 02-A-0103
Attica Correctional Facility
P.O. Box 149
New York, NY 14011

Andrew Holland
Office of The District Attorney, Bronx County
198 East 161 Street
Bronx , NY 10451